## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOSE R. GUZMAN-DOMINGUEZ,

      Petitioner,

v.
                                       Civ. No. 20-0745 RB/KK
                                       Crim. No. 16-0580 RB/KK

UNITED STATES OF AMERICA,

      Respondent.

## ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on United States Magistrate Judge Kirtan Khalsa's Proposed Findings and Recommended Disposition (PFRD) entered March 4, 2024. (Doc. 24.) Judge Khalsa recommends denying Petitioner Jose Guzman-Dominguez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Docs. 1; 3) and his request for a hearing. (*See* Doc. 24.) On March 21, 2024, Guzman-Dominguez filed objections to the PFRD. (Doc. 25.)

Pursuant to Federal Rule of Civil Procedure 72(b), the Court conducted a de novo review of the record and all parts of Judge Khalsa's PFRD that have been properly objected to. After conducting a de novo review and having thoroughly considered the PFRD and Guzman-Dominguez's objections, the Court finds that a response to the Objections is unnecessary. The Court further finds no reason either in law or fact to depart from Judge Khalsa's recommended disposition.

**IT IS THEREFORE ORDERED** that Guzman-Dominguez's objections (Doc. 25) are **OVERRULED**, and the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 24) are **ADOPTED**.

2

   **IT IS FURTHER ORDERED** and Guzman-Dominguez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Docs. 1; 3) is **DENIED**.

   **IT IS FURTHER ORDERED** that the Motion for Supplement (Doc. 23) and request for a hearing are **DENIED**.

   **IT IS FURTHER ORDERED** that this matter is **DISMISSED with prejudice**.


_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE